# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAQUAN J. STEPHENSON | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 10-1825 |
| DAVID DIGUGLIELMO and THE | : | |
| ATTORNEY GENERAL OF THE STATE OF | : | |
| PENNSYLVANIA | : | |

## O R D E R

**AND NOW**, this 29th day of October, 2010, upon consideration of the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 filed by Shaquan J. Stephenson (Document No. 1, filed April 22, 2010), respondents' Answer to the Petition for Writ of Habeas Corpus (Document No. 8, filed September 3, 2010), and the record in this case, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo dated September 30, 2010 (Document No. 10), petitioner having filed no objections, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo dated September 30, 2010, is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 filed by Shaquan J. Stephenson is **DENIED AND DISMISSED**; and,

3. A certificate of appealability will not issue because reasonable jurists would not debate whether the petition states a valid claim of the denial of a constitutional right or this Court's procedural rulings with respect to petitioner's claims. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

**BY THE COURT:**

**/s/ Jan E. DuBois, Jr.**

**JAN E. DUBOIS, J.**